# IN THE UNITED STATES OF AMERICA
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                       No. 4:12-cr-108-DPM-1

JAMES LEMONT HARRIS                                         DEFENDANT

### Amended Sentencing Scheduling Order

Sentencing is set for **17 April 2013 at 11:00 a.m. in Courtroom B-155**. So the Court and all parties can prepare for the hearing, the Court sets the following schedule.

- Final PSR, including responses to objections, circulated .................. 14 calendar days before sentencing

- Motions to depart or vary and sentencing memoranda filed ............................... Deadline Passed

- Notice by filing about witnesses, estimated hearing length, likelihood of third point, and applicability of safety valve .................. 10 calendar days before sentencing

- Responses to any departure or variance motions and responding memoranda filed ............................... Deadline Passed

If any of these deadlines is not met, then the sentencing will be continued absent extraordinary circumstances.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 March 2013